**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7004**

---

ROBERT A. ANDERS,

Plaintiff - Appellant,

PERRY EICHOR,

Plaintiff - Appellee,

versus

DORIS R. TIPTON; RENE PRUITT; CAROLYN LOPES;
DORITY, Captain; OFFICER MINTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-96-484-0-20BD)

---

Submitted:  October 23, 1997      Decided:  November 17, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert A. Anders, Appellant Pro Se.  Steven Michael Pruitt, Stephen Dallas Baggett, BURNS, MCDONALD, BRADFORD, PATRICK & TINSLEY, Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Anders v. Eichor, No. CA-96-484-0-20BD (D.S.C. July 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED